UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

ROSE ANEMA                              :

       Debtor                       :        Chapter 13

                            :        Case No. 15-15929

## SECOND AMENDED CHAPTER 13 PLAN

Rose Anema, Debtor, through her attorney, files her Chapter 13 Plan as follows:

1. The future earnings of the Debtor are submitted to the supervision and control of the Trustee and the Debtor shall pay the Trustee as follows:

   - $200.00 a month for 60 months.

2. From the payments received, the Trustee shall make disbursements as follows:

   a) Full payment of all claims entitled to priority under 11 U.S.C. §507:

   - Robert M. Kline, Esquire           $3,000.00
   - Trustee fee/commission

   b) Holders of secured claims shall retain their liens and shall be paid as follows:

   - Secured claim of M&T Bank to be paid outside plan via loan modification or sale or real property which sale shall occur on or before February 19, 2017, unless extended by court order.

   - Allowed Secured claim of Consumer Portfolio Services $7,660.00 to be paid in full within plan.

   c) Any remaining funds, including non-exempt equity form any sale of real property, shall be distributed pro rata to unsecured non- priority creditors whose claims are allowed.

3. The following executory contracts are rejected:   N/A

4. Title to Debtor's property shall revest in the Debtor on confirmation of a plan, or upon dismissal of the case after confirmation.

/s/ Robert M. Kline

Robert M. Kline, Esquire

P.O. Box 18806

Philadelphia, PA 19119

Tel. 215-990-9490

Email: rmklinelaw@aol.com

Attorney for Debtor

Dated: October 5, 2016