B6C (Official Form 6C) (04/13)

In re ROSE ANEMA , Case No. 15-15929
        Debtor                                                                  (If known)

## AMENDED — SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds $155,675.*
(Check one box)
☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 8756 Delaware Avenue Bangor, PA 18013 | Secc 522d(1) | 3,000.00 | 150,000.00 |
| Bank of America checking | Sec. 522d(5) | 50.00 | 50.00 |
| Erlco Fed. Cr. Union- Joint Checking | Sec. 522d(5) | 450.00 | 450.00 |
| Furniture and appliances | Sec. 522d(3) | 2,500.00 | 2,500.00 |
| Clothing | Sec. 522d(3) | 500.00 | 500.00 |
| Jewelry | Sec. 522d(4) | 1,000.00 | 1,000.00 |
| 2007 Jeep Grand Cherokee | Sec. 522d(2) | 2,400.00 | 7,500.00 |
| 2007 Jeep Grand Cherokee | Sec. 522d(5) | 5,100.00 | 7,500.00 |

\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.