UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
-----------------------------------X
                                    :
ROSE ANEMA                          :        CHAPTER 13
                                    :
                                    :
                                    :
            Debtor                  :        CASE NO. 15-15929
                                    :
-----------------------------------X
```

## CERTIFICATION OF PROPOSED REAL ESTATE BROKER

I, Nancy Kessler, hereby certify that:

1. I am the owner of Realty Executives and am a real estate broker licensed in the Commonwealth of Pennsylvania.

2. The Debtor and co-owner Jamie Whitehead entered into a listing agreement with Realty Executives on October 4, 2016 for the term October 4, 2016 through June 30, 2017.

3. The contract provides for compensation in the amount of 6% of the sales price, which is the usual and customary fee.

4. To the best of my knowledge, I do not, and will not, hold or represent any interest adverse to the Debtor or estate, and I am a disinterested party within the meaning of 11 U.S.C. Section 101(14) in connection with matters in which I am to be engaged.

Nancy Kessler
Realty Executives

Dated: December 21, 2016