UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

_____

KEVIN J. MCNAMARA                  :

        Debtor               :         Chapter 13

                                  :         Case No. 16-11771

_____


CERTIFICATE OF NO RESPONSE


Robert M. Kline, Esquire, attorney for the Debtor, hereby certifies that no responses or objections to the Application to Employ Real Estate Broker filed on December 21, 2016 have been filed or received.


        /s/ Robert M. Kline

        Robert M. Kline, Esquire

        P.O. Box 18806

        Philadelphia, PA 19119

        Tel. 215-990-9490

        Email: rmklinelaw@aol.com

        Attorney for Debtor

Dated:  March 6, 2017