UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

ROSE ANEMA                                              CHAPTER 13

        Debtor                                        CASE NO. 15-15929

---

### ORDER

**AND NOW**, upon consideration of Debtor's Application to Employ Realty Executives as real estate broker, and it appearing that Realty Executives does not hold any interest adverse to the estate, any creditor, or party in interest, and that such employment is necessary, and would be in the best interest of the Debtor, it is hereby ORDERED that:

1. Debtor's Application is **GRANTED.**

2. Debtor is authorized to retain and engage Realty Executives as broker.

3. Compensation to Realty Executives shall be determined upon the sale of Debtor's real property pursuant to the Listing Contract. Any fees and costs of Realty Executives shall only to be allowed by Order of court upon application.

**Date: March 8, 2017**

BY THE COURT:

_____
Richard E. Fehling, Bankruptcy Judge