United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Rose Anema  
    Debtor

Case No. 15-15929-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Cathleen     Page 1 of 1     Date Rcvd: Mar 08, 2017  
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2017.  
db          #+Rose Anema,    8756 Delaware Drive,    Bangor, PA 18013-9662  
r           +Realty Executives,    31 West First Street,    Wind Gap, PA 18091-1597

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2017                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 8, 2017 at the address(es) listed below:  
        DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        ROBERT MICHAEL KLINE    on behalf of Debtor Rose Anema Pacer@squirelaw.com, rmklinelaw@aol.com  
        THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                        TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

---

ROSE ANEMA                                    CHAPTER 13

          Debtor                              CASE NO. 15-15929

---

**ORDER**

**AND NOW,** upon consideration of Debtor's Application to Employ Realty Executives as real estate broker, and it appearing that Realty Executives does not hold any interest adverse to the estate, any creditor, or party in interest, and that such employment is necessary, and would be in the best interest of the Debtor, it is hereby ORDERED that:

1. Debtor's Application is **GRANTED**.
2. Debtor is authorized to retain and engage Realty Executives as broker.
3. Compensation to Realty Executives shall be determined upon the sale of Debtor's real property pursuant to the Listing Contract. Any fees and costs of Realty Executives shall only to be allowed by Order of court upon application.

**Date: March 8, 2017**

BY THE COURT:

_____
Richard E. Fehling, Bankruptcy Judge