UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROSE ANEMA | : |
| Debtor | :  Chapter 13 |
| | :  Case No. 15-15929 |

NOTICE OF APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

TO THE DEBTOR, TRUSTEE, ALL CREDITORS and OTHER PARTIES IN INTEREST:

Pursuant to Bankruptcy Rule 2002(a)(7) an Local Bankruptcy Rule 2002.2, you are hereby notified that Robert M. Kline, Esquire, attorney for the Debtor, has filed and Application for Counsel Fees and Expenses in the following amounts:

| | |
|---|---|
| Total Counsel Fees: | $3,000.00 |
| Total Expenses: | $   93.50 |
| Total Fees and Expenses | $3,093.50 |
| Less Amount paid by Debtor at time of filing: | $    0.00 |
| Net Amount to be paid by Trustee: | $3,093.50 |

You are further notified that any objection or request for hearing on the Application must be filed with the Clerk, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 301, Reading, PA 19601 within twenty (20) days of service of this notice. A copy of any objection must be served upon counsel for the Debtor and the standing Chapter 13 trustee.

/s/ Robert M. Kline    Dated: 03/23/2017
Attorney for Debtor

| | |
|---|---|
| Robert M. Kline, Esquire | Frederick L. Reigle, Esquire, Ch. 13 Trustee |
| P.O. Box 18806 | P.O. Box 4010 |
| Philadelphia, PA 19119 | Reading, PA 19606 |