UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

_____

ROSE ANEMA                                        :

           Debtor                      :        Chapter 13

                              :        Case No. 15-15929

_____


THIRD AMENDED CHAPTER 13 PLAN


Rose Anema, Debtor, through her attorney, files this Third Amended Chapter 13 Plan as follows:

1.  The future  earnings of the Debtor are submitted to the supervision and control of

    the Trustee and the Debtor shall pay the Trustee as follows:

    -   $200,00 a month for 60 months.

2.  From the payments received, the Trustee shall make disbursements as follows:

    a)  Full payment of all claims entitled to priority under 11 U.S.C. §507:

    -   Robert M. Kline, Esquire                  $3,000.00
    -   Trustee commission

    b)  Holders of secured claims shall retain their liens and shall be paid as follows:

    -   Secured claim of Consumer Portfolio Services of $7,660.00 to be paid in full within the Plan.

    -   Secured claim of M&T Bank to be paid via surrender of the real property to M&T Bank.

3.  The following executory contracts are rejected:    N/A

4.  Except as indicated above, title to Debtor's property shall revest in the Debtor on confirmation of a plan, or upon dismissal of the case after confirmation.

/s/ Robert M. Kline

Robert M. Kline, Esquire

P.O. Box 18806

Philadelphia, PA 19119

Tel. 215-990-9490

Email: rmklinelaw@aol.com

Attorney for Debtor

Dated:  March 23, 2017