UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

_____

ROSE ANEMA                                    :

        Debtor                    :         Chapter 13

                                      :         Case No. 15-15929

_____


ADDENDUM TO THIRD AMENDED CHAPTER 13 PLAN


Rose Anema, Debtor, through her attorney, corrects and files this Addendum to Third Amended Chapter 13 Plan as follows:

Add. Para.5

Any remaining funds, including non-exempt equity from any sale of real property, shall be distributed pro rata to unsecured non-priority creditors whose claims are allowed.


    /s/ Robert M. Kline

    Robert M. Kline, Esquire

    P.O. Box 18806

    Philadelphia, PA 19119

    Tel. 215-990-9490

    Email: rmklinelaw@aol.com

    Attorney for Debtor

Dated: April 25, 2017