UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ROSE ANEMA | : |
| Debtor | :    Chapter 13 |
| | :    Case No. 15-15929 REF |

_____

PRAECIPE TO WITHDRAW OBJECTION TO CLAIM #3 –CONSUMER PORFOLIO SERVICE

TO THE CLERK;

Kindly withdraw Debtor's Objection to Claim #3 of Consumer Portfolio Service.

/s/ Robert M. Kline

Robert M. Kline, Esquire

P.O. Box 18806

Philadelphia, PA 19119

Tel. 215-990-9490

Email: rmklinelaw@aol.com

Attorney for Debtor

Dated:  April 25, 2017