UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ROSE ANEMA | : |
| Debtor | :   Chapter 13 |
| | :   Case No.  15-15929 REF |

_____

CERTIFICATE OF NO OBJECTIONS

Robert M. Kline, Esquire, attorney for the Debtor, hereby certifies that no objections or other responses to Debtor's Attorney Application for Compensation and Reimbursement of Expenses, served on March 23, 2017, have been filed or received.

/s/ Robert M. Kline

Robert M. Kline, Esquire

P.O. Box 18806

Philadelphia, PA 19119

Tel. 215-990-9490

Email: rmklinelaw@aol.com

Attorney for Debtor

Dated:  April 25, 2017