UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

ROSE ANEMA

          Debtor            Chapter 13

                                Case No. 15-15929

ORDER

AND NOW, upon consideration of the Application of Debtor's Counsel for Compensation and Reimbursement of Expenses, it is HEREBY ORDERED that Debtor's Counsel is awarded the following:

| | |
|---|---|
| Compensation of: | $ 3,000.00 |
| Expenses of: | $ 93.50 |
| Total award of: | $ 3,093.50 |

**Date: April 28, 2017**

Hon. Richard E. Fehling, USBJ