United States Bankruptcy Court
Eastern District of Pennsylvania

In re:    Case No. 15-15929-ref
Rose Anema    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: Cathleen    Page 1 of 1    Date Rcvd: Apr 28, 2017
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2017.
db    #+Rose Anema,    8756 Delaware Drive,    Bangor, PA 18013-9662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2017 at the address(es) listed below:
      DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      ROBERT MICHAEL KLINE    on behalf of Debtor Rose  Anema Pacer@squirelaw.com,   rmklinelaw@aol.com
      THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                  TOTAL: 7

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

ROSE ANEMA

           Debtor           Chapter 13

                       Case No. 15-15929

ORDER

AND NOW, upon consideration of the Application of Debtor's Counsel for Compensation and Reimbursement of Expenses, it is HEREBY ORDERED that Debtor's Counsel is awarded the following:

| | |
|---|---|
| Compensation of: | $ 3,000.00 |
| Expenses of: | $ 93.50 |
| Total award of: | $ 3,093.50 |

**Date: April 28, 2017**

Hon. Richard E. Fehling, USBJ