## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE: Rose Anema** | **Debtor** | **Chapter 13** |
| **M&T Bank** | **Movant** | |
| **vs.** | | **NO. 15-15929 REF** |
| **Rose Anema** | **Debtor** | |
| **Frederick L. Reigle, Esq.** | **Trustee** | |

### ORDER

AND NOW, upon the filing of a Certification of Default by the Movant, in accordance with the Stipulation of the parties that was approved by the Court on December 1, 2016, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow M&T Bank, or its successor or assignee, to exercise its rights under the loan documents

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 30, 2017**

_____
United States Bankruptcy Judge