United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                   Case No. 15-15929-ref
Rose Anema                                                               Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: Cathleen           Page 1 of 1                Date Rcvd: May 30, 2017
                             Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2017.
db            #+Rose Anema,    8756 Delaware Drive,    Bangor, PA 18013-9662

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13692003       E-mail/Text: camanagement@mtb.com May 31 2017 00:46:19       M&T Bank,    P.O. Box 840,
                Buffalo, NY 14240-0840
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2017                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2017 at the address(es) listed below:
              DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              ROBERT MICHAEL KLINE    on behalf of Debtor Rose  Anema Pacer@squirelaw.com,   rmklinelaw@aol.com
              THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Rose Anema**<br>            **Debtor** | **Chapter 13** |
| **M&T Bank**<br>            **Movant**<br>    **vs.**<br>**Rose Anema**<br>            **Debtor** | **NO. 15-15929 REF** |
| **Frederick L. Reigle, Esq.**<br>            **Trustee** | |

### ORDER

AND NOW, upon the filing of a Certification of Default by the Movant, in accordance with the Stipulation of the parties that was approved by the Court on December 1, 2016, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended (the Bankruptcy Code), is modified to allow M&T Bank, or its successor or assignee, to exercise its rights under the loan docunments

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: May 30, 2017**

United States Bankruptcy Judge