UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                           :

ROSE ANEMA
                                                                 : Bankruptcy No. 15-15929REF
         Debtor(s)                                               : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: May 24, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT M KLINE ESQ
P O BOX 18806
PHILADELPHIA PA 19119-

ROSE ANEMA
P O BOX 144
BANGOR,PA.18013-0144