United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-15929-ref
Rose Anema                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 2          Date Rcvd: May 24, 2018
                             Form ID: pdf900          Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
```
db          #+Rose Anema,    8756 Delaware Drive,    Bangor, PA 18013-9662
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
r            +Realty Executives,    31 West First Street,    Wind Gap, PA 18091-1597
13588398     +AES,    PO Box 61047,    Harrisburg, PA 17106-1047
13620474      AES/PHEAA FAMILY /ECMC,    PO BOX 16408,    St Paul, MN 55116-0408
13586379     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One Bank,    PO Box 85015,    Richmond, VA 23285)
13586378     +Capital One,    PO Box 30253,    Salt Lake City, UT 84130-0253
13586380     +Financial Recoveries,    200 E. Park Drive,    Suite 100,    Mt. Laurel, NJ 08054-1297
13604403     +Sunbelt Rentals,    900C Tyrens Road,    Aston, PA 19014-1522
13647108     +Sunbelt Rentals, Inc.,    c/o Ashley A. Edwards, Esq,    401 South Tryon Street, Ste 300,
              Charlotte, NC 28202-1934
13647107     +Sunbelt Rentals Inc.,    c/o Kirk Kruger,    2341 Deerfield Drive,    Fort Mill, SC 29715-8298
14050570     +eCAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern PA 19355-0702
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 25 2018 01:59:26
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 25 2018 01:59:43     U.S. Attorney Office,
              c/o Virginia Powel,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13586379      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:32     Capital One Bank,
              PO Box 85015,    Richmond, VA 23285
13586378     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 25 2018 02:02:42     Capital One,
              PO Box 30253,    Salt Lake City, UT 84130-0253
13586377     +E-mail/Text: bankruptcy@consumerportfolio.com May 25 2018 01:59:38
              Consumer Portfolio Services,    PO Box 57071,    Irvine, CA 92619-7071
13692003      E-mail/Text: camanagement@mtb.com May 25 2018 01:59:18     M&T Bank,    P.O. Box 840,
              Buffalo, NY 14240-0840
13615217      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 25 2018 02:02:22
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                       TOTAL: 7
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +ECAST Settlement Corporation,    c/o Becket and Lee LLP,    PO Box 3002,    Malvern, PA 19355-0702
13766244*    +CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
                                                                           TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                              Signature:   /s/Joseph Speetjens

District/off: 0313-4          User: Lisa                Page 2 of 2            Date Rcvd: May 24, 2018
                             Form ID: pdf900           Total Noticed: 21

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
     DENISE ELIZABETH CARLON    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
     FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
     JOSHUA ISAAC GOLDMAN    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
      ecf_frpa@trustee13.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
     ROBERT MICHAEL KLINE    on behalf of Debtor Rose  Anema Pacer@squirelaw.com,   rmklinelaw@aol.com
     ROLANDO  RAMOS-CARDONA    on behalf of Trustee FREDERICK L. REIGLE
      RRamos-Cardona@fredreiglech13.com
     THOMAS I. PULEO    on behalf of Creditor    M&T Bank tpuleo@kmllawgroup.com,
      bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                    TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

ROSE ANEMA

                                          : Bankruptcy No. 15-15929REF
              Debtor(s)                   : Chapter 13


ORDER


    AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.




                                        BY THE COURT


**Date: May 24, 2018**
                                        _____
                                        Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

ROBERT M KLINE ESQ
P O BOX 18806
PHILADELPHIA PA 19119-

ROSE ANEMA
P O BOX 144
BANGOR,PA.18013-0144